UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Camelot LLC, | CIVIL ACTION NO. 0:10-cv-04255 ADM-JJK |
| Plaintiff, | |
| v. | DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |
| AMC ShowPlace Theatres, Inc., | |
| Defendant. | |

Defendant, AMC ShowPlace Theatres, Inc. ("AMC") makes the following disclosures pursuant Fed. R. Civ. P. 7.1:

1. Does party have any parent corporations?

   American Multi-Cinema, Inc.

2. Is party a publicly held corporation or other publicly held entity?

   No.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

   No.

DATED:   October 15, 2010          **LINDQUIST & VENNUM P.L.L.P.**

By   s/ **DeAnne M. Hilgers**
Ann E. Kennedy, # 021081x
DeAnne M. Hilgers, # 0301784
4200 IDS Center - 80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
dhilgers@lindquist.com

**ATTORNEYS FOR DEFENDANT AMC SHOWPLACE THEATRES, INC.**