≈AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Camelot LLC

V.

AMC ShowPlace Theatres, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-4255 ADM/JJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Camelot's Motion for Summary Judgment [Docket No. 8] is **GRANTED.**

|   |   |
|---|---|
| March 7, 2011 | RICHARD D. SLETTEN, CLERK |
| Date |   |
|   | s/LP Holden |
|   | (By)    LP Holden   Deputy Clerk |